United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARMEN BERTA C. DE SAITUMA CAGIZA, | § | |
| ET AL., | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 26-CV-4573 |
| | § | |
| MARKWAYNE MULLIN, | § | |
| SECRETARY OF HOMELAND SECURITY, | § | |
| ET AL. | § | |
|     *Defendants*. | § | |

## ORDER FOR EXPEDITED RESPONSE

Plaintiffs, proceeding pro se, filed on June 10, 2026 a Complaint for Declaratory and Injunctive Relief and Petition for Writ of Mandamus seeking an Order directing Defendant to adjudicate Dr. Cagiza's Form I-140 and other applications for immigration benefits.[1]  ECF 1.  The Court ordered Defendants to file an expedited response.  ECF 8.  Counsel for Defendants submitted a Notice of Appearance on July 7, 2026.

Before the Court is Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction filed on July 7, 2026.  It is therefore

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 7.

ORDERED that Defendants must file a response to Plaintiffs' Emergency Motion for TRO on or before July 15, 2026. The Response shall explain the impact of the disputed denial of Plaintiff's I-140 on adjudication of her pending I-485 and I-765 applications.

Signed on July 10, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge