United States District Court
Southern District of Texas
ENTERED
September 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARMEN BERTA C. DE SAITUMA CAGIZA, ET AL., | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 26-CV-4573 |
| | § | |
| MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY, ET AL. | § | |
| *Defendants*. | § | |

**ORDER**

Plaintiffs, proceeding pro se, filed a Complaint for Declaratory and Injunctive Relief and Petition for Writ of Mandamus on June 10, 2026, seeking to compel agency action on their pending requests for immigration benefits.[1] ECF 1. The case is currently set for an Initial Pretrial Conference on September 14, 2026. ECF 8. The Court denied Plaintiff's Application for a TRO and Plaintiff's request for a Preliminary Injunction remains pending. ECF 16. Also pending is Defendants' Motion to Dismiss. ECF 25. On September 8, 2026, Plaintiffs filed a Notice of Recent Agency Action informing the Court that on September 2, 2026, the USCIS issued written decisions denying their Forms I-485. ECF 33. Therefore, it is

ORDERED that the Initial Pretrial Conference on September 14, 2026 is

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 7.

CANCELED. It is further

ORDERED that the Court will conduct a video hearing on the pending motions and a status conference regarding the recent agency actions on September 29, 2026 at 11:00 a.m..

**Join ZoomGov Meeting**
Meeting ID: 161 376 2172
Passcode: 664485

Signed on September 09, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge