United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CARMEN BERTA C. DE SAITUMA CAGIZA and ILIDIO DO ROSARIO DANGE CAGIZA, Plaintiffs, | § | CIVIL ACTION NUMBER 4:26-cv-04573 |
| versus | § | JUDGE CHARLES ESKRIDGE |
| MARKWAYNE MULLIN and JOSEPH B. EDLOW, Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Plaintiffs Carmen Berta C. De Saituma Cagiza and Ilidio do Rosario Dange Cagiza proceed here *pro se*. They bring a challenge under the Administrative Procedure Act regarding alleged delay in adjudication and ultimate denial of I-140 petitions by United States Citizenship and Immigration Services. See Dkt 18 at ¶¶46–68 (amended complaint). The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 7.

Plaintiffs filed an emergency motion for temporary restraining order and preliminary injunction. Dkt 16. Prior order adopted the recommendation of the Magistrate Judge that the motion for temporary restraining order be denied. Dkt 32. The order noted that a hearing on the preliminary injunction would be set promptly. Id at 2. Judge Bryan held such hearing on September 29, 2026.

Pending is the motion by Plaintiffs for preliminary injunction. Dkt 16. They seek to compel adjudication of pending applications for immigration benefits. See id at 2.

Also pending is a motion by Defendants to dismiss Counts I, II, IV, V(a), and V(b) of the amended complaint. Dkt 33. Plaintiffs noted on the record during a video hearing that they no longer oppose dismissal of those claims. See Dkt 35 at 3–4.

Judge Bryan issued two separate memoranda and recommendations. Dkts 35 & 36. She recommends that the unopposed partial motion to dismiss be granted, and that those claims be dismissed without prejudice. Dkt 35 at 4. She also recommends that the motion for preliminary injunction be denied as Defendants have already adjudicated the pending application forms. Dkt 36 at 2–4.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memoranda and Recommendations of the Magistrate Judge are ADOPTED as the Memorandum and Order of this Court. Dkts 35 & 36.

The motion by Plaintiffs Carmen Berta C. De Saituma Cagiza and Ilidio do Rosario Dange Cagiza for preliminary injunction is DENIED. Dkt 16.

The motion by Defendants to dismiss Counts I, II, IV, V(a), and V(b) of the amended complaint is GRANTED. Dkt 25.

Counts I, II, IV, V(a), and V(b) of the first amended complaint by Plaintiffs are DISMISSED WITHOUT PREJUDICE. Dkt 18 at ¶¶46–55, 69–71.

Count III and V(c) remain pending in this action.

SO ORDERED.

Signed on November 2, 2026, at Houston, Texas.



Honorable Charles Eskridge
United States District Judge